IN RE RESIGNATION OF METCALF.

[Cite as In re Resignation of Metcalf (1987), 31 Ohio St. 3d 601.]

(D.R. No. 87-4—Decided May 28, 1987.)

The resignation of Randall F. Metcalf as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

MAHONING COUNTY BAR ASSOCIATION v. WALSH.

[Cite as Mahoning Cty. Bar Assn. v. Walsh (1987), 31 Ohio St. 3d 601.]

(D.D. No. 83-12—Decided June 5, 1987.)

The petition for reinstatement to the practice of law is granted. John T. Walsh is reinstated to the practice of law in the state of Ohio. (For earlier case, see [1983], 8 Ohio St. 3d 32, 8 OBR 342, 456 N.E. 2d 1206.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

OFFICE OF DISCIPLINARY COUNSEL v. CLOSE.

[Cite as Disciplinary Counsel v. Close (1987), 31 Ohio St. 3d 601.]

(D.D. No. 86-13 — Decided June 5, 1987.)

The public reprimand given to Michael Lee Close on December 5, 1986 is vacated and set aside and this cause is dismissed.

SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

MOYER, C.J., not participating.